U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

FEB 19 2013

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JOHN CHESSON<br>LA. DOC #460165 | CIVIL ACTION NO. 2:10-1100 |
| VERSUS | JUDGE DONALD E. WALTER |
| ELAYN HUNT<br>CORRECTIONAL CENTER | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that petitioner's petition for write of habeas corpus pursuant to 28 U.S.C. § 2254 be **DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED**, Shreveport, Louisiana, this the 19 day of February, 2013.

DONALD E. WALTER
UNITED STATES DISTRICT JUDGE