U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - SHREVEPORT

MAR - 6 2013

TONY R. MO___ CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| JOHN CHESSON | CIVIL ACTION NO. 2:10CV1100 |
| VERSUS | JUDGE WALTER |
| WARDEN ELAYN HUNT CORRECTIONAL CENTER | MAGISTRATE JUDGE KAY |

## CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

✓    The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

___    The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right

Signed at Shreveport, Louisiana, this 5 day of March, 2013.

Donald E. Walter
UNITED STATES DISTRICT JUDGE